IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE:<br>HIGHLAND CAPITAL MANAGEMENT L.P.,<br><br>Debtor. | § | Bankr. No. 19-34054-SGJ-11<br>(Adv. No. 21-03006) |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT SERVICES, INC.,<br><br>Defendant. | § | Civil Action No. 3:21-CV-1378-N |

**ORDER ON MOTION TO WITHDRAW REFERENCE**

Before the Court is the Report and Recommendation to the District Court on the Motion to Withdraw the Reference [1]. The Court hereby adopts the recommendation of the United States Bankruptcy Judge Stacey G. C. Jernigan, as follows: upon certification by the Bankruptcy Court that the parties are ready for trial, the Court will withdraw the reference. The Court refers all pretrial matters to the Bankruptcy Court.

Signed July 26, 2021.

David C. Godbey
United States District Judge